PETER J. SALMON (SBN 174386)
THOMAS N. ABBOTT (SBN 245568)
JASON L. ELIASER (SBN 248394)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (858) 412-2742
E-Mail: jeliaser@piteduncan.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| BALDEV GILL, an individual, and GURMEET GILL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a national association, doing business as AMERICA'S SERVICING COMPANY; CAL WESTERN RECONVEYANCE CORPORATION, a corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, an agency of the Federal Government and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:11-CV-00218-OWW-GSA<br><br>HON. OLIVER W. WANGER<br><br>**ORDER GRANTING MOTIONS TO DISMISS**<br><br>[F.R.C.P. 12(b)(6), (e)]<br><br>Complaint Filed: September 14, 2010<br>Trial: None Set<br>Hearing Date: June 6, 2011<br>Hearing Time: 1:30 p.m.<br>Courtroom: 10 - Second Floor |

WHEREAS, the Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC") of Defendant Federal Home Loan Mortgage Corporation ("FHLMC") came for hearing before this Court on June 6, 2011; and

WHEREAS, the Court having taken the matter under consideration;

It is hereby ORDERED, ADJUDGED, and DECREED that:

1.  FHLMC's Motion to Dismiss Plaintiffs' FAC is GRANTED without prejudice in its entirety and as to the FAC's third, fourth, fifth, eighth and ninth causes of action; and

2.  Plaintiffs are to file and serve their Second Amended Complaint, if any, on or before July 15, 2011.

/ / /

1  IT IS SO ORDERED

4  DATED: June 28, 2011            /s/ OLIVER W. WANGER
5                                  United States District Judge