**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALDEV GILL, an individual, and GURMEET GILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a national association, doing business as AMERICA'S SERVICING COMPANY; CAL WESTERN RECONVEYANCE CORPORATION, a corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, an agency of the Federal Government and DOES 1 through 100 inclusive,<br><br>Defendants._____ / | CASE NO. 1:11-cv-218 GSA<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION |

On October 3, 2011, all parties filed a stipulation of dismissal of this action with prejudice and with each party to bear their own costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 27). Accordingly, this action is now dismissed and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 17, 2011                        /s/ Gary S. Austin

1

UNITED STATES MAGISTRATE JUDGE