1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    BALDEV GILL, an individual, and          CASE NO.  1:11-cv-218 GSA
     GURMEET GILL, an individual,
10

11                    Plaintiff,

12   vs.
                                               ORDER DIRECTING THE CLERK OF THE
13                                             COURT TO CLOSE THIS ACTION
     WELLS FARGO BANK, N.A., a national
14   association, doing business as AMERICA'S
     SERVICING COMPANY; CAL WESTERN
15   RECONVEYANCE CORPORATION, a
     corporation; FEDERAL HOME LOAN
16   MORTGAGE CORPORATION, an agency
     of the Federal Government and DOES 1
17   through 100 inclusive,

18                    Defendants.
     _____/
19

20          On October 3, 2011, all parties filed a stipulation of dismissal of this action with prejudice

21   and with each party to bear their own costs pursuant to Federal Rule of Civil Procedure

22   41(a)(1)(A)(ii).  (Doc. 27).  Accordingly, this action is now dismissed and the Clerk of the Court is

23   directed to close this case.

24

25

26

27          IT IS SO ORDERED.

28   **Dated:   October 17, 2011              /s/ Gary S. Austin**

                                    1

UNITED STATES MAGISTRATE JUDGE

2